Luis SILVA–TORRES; Maria Elena
Gonzalez De Silva, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–72272.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Jeremy M. Clason, Esq., Camille K. Cook, Esq., Fresno, CA, Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Linda S. Wendtland, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Robert N. Markle, Esq., Office of Immigration Litigation Civil Division, Washington, DC, for Respondent.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Luis Silva–Torres and Maria Elena Gonzalez De Silva, husband and wife, seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss in the petition for review.

We lack jurisdiction to review the discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003).

Petitioners' contention that their removal would violate due process by infringing on their right to family unity is unavailing. *See Urbano de Malaluan v. INS*, 577 F.2d 589, 594 (9th Cir.1978); *see also Mamanee v. INS*, 566 F.2d 1103, 1106 (9th Cir.1977).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW DIS-MISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.